Charlotte VINCIGUERRA, Executrix of the Estate of Frank Vinciguerra, Deceased and Charlotte Vinciguerra, Widow in her own right

v.

BAYER CROPSCIENCE INC., as Successor to Amchem Products, Inc., f/k/a Benjamin Foster Company, Bell & Gossett, Brand Insulations, Inc., Certain–Teed Corp., Cleaver–Brooks, a Division of Aqua–Chem, Inc., Crane Co., David Moser, DFT, Inc., Durabla Canada, Ltd., E.I. Dupont Denemours & Company, Foster Wheeler Corporation, Georgia–Pacific Corp., Goodyear Canada, Inc., The Goodyear Tire 7 Rubber Co., Goulds Pumps, Inc., Greene, Tweed & Company, Inc., Grinnell Corporation, Hajoca Corporation, Herman Goldner Co., Inc., Honeywell Inc., Ingersoll Rand Company, John Crane, Inc., Keeler/Dorr–Oliver Boiler Co., Marley Cooling Tower, Metropolitan Life Insurance Co., Owens–Illinois Inc., Pecora Corp., Riley Stoker Corp., Sepco Corporation, Inc., Sid Harvey Industries, Inc., f/k/a Sid Harvey Mid Atlantic Inc., Union Carbide Corp., Warren Pumps, LLC, Weil McLain, a Division of the Marley Co., a Wholly Owned Subsidiary of United Dominion Industries, Inc., Yarway Corporation, Avocet Enterprses, Inc., f/k/a Ventfabrics, Inc., Dap Products, Inc., Duro Dyne Corp., and Tremco Inc.

Petition of Crane Co.

Supreme Court of Pennsylvania.

Feb. 1, 2016.

*ORDER*

PER CURIAM.

**AND NOW,** this 1st day of February, 2016, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

> Whether, under the Court's recent decision in *Tincher v. Omega Flex, Inc. [628 Pa. 296],* 104 A.3d 328 (Pa.2014), a defendant in a strict-liability claim based on a failure-to-warn theory has the right to have a jury determine whether its product was "unreasonably dangerous[?]"

Justice EAKIN did not participate in the consideration or decision of this matter.